FILED
2011 JAN 12 PM 12:07

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | 2:07-00134-DDP-2 |
| JAMES RAY HOUSTON<br>aka Rex Rogers<br>aka Midas Mulligan | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 01/11/2011 @ 2300 hours    ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18USC Sections 1341 and 1343 Mail Fraud and Wire Fraud
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1945
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer    Time: 1100 hours ☑ AM / ☐ PM
14. Remarks (if any): _____

15. Date: JANUARY 12, 2011
16. Name: L. SUTANTO (Please Print)
17. Agency: US MARSHALS
18. Signature: _____
19. Office Phone Number: 213-894-2485