**P-Send**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>James Ray Houston   DEFENDANT. | CASE NUMBER<br>*CR 07 - 134-DDP-2* |
| --- | --- |
| | **ABSTRACT OF COURT PROCEEDING** |

**TO:  UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable___*Paul L. Abrams*_____,
☐ United States District Judge  ☑ United States Magistrate Judge, has this date  ☑ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith     ☐ as soon as possible     ☐ as requested, at suitable times

☐ Allowed social visits     ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☑ Provided with a medical examination and/or medical treatment for_____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

Dated:___*1/12/11*_____      CLERK U.S. DISTRICT COURT
                   By: _____
                           Deputy Clerk

---

### RETURN TO CLERK'S OFFICE
☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____
_____
_____

| Name (Print) | Title | Signature |
| --- | --- | --- |

*cc:* ☒ *MDC,* ☒ *Cell block*

CR-53 (12/03)        **ABSTRACT OF COURT PROCEEDING**