# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-00134-DDP  Recorder: CS 01/12/2011  Date: 01/12/2011

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Christianna Howard                             Assistant U.S. Attorney: Daniel Saunders

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2.) JAMES RAY HOUSTON, aka Rex Rogers<br>CUSTODY-PRESENT | 2.) MARK ALLEN CHAMBERS<br>PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Dean D. Pregerson.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 03/08/2011 at 9:00 A.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: CH by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA