UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 07-00134 DDP**                                             Dated: January 21, 2011

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Daniel A. Saunders |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

===============================================================
U.S.A. vs (Dfts listed below)         Attorneys for Defendants

1)   JAMES RAY HOUSTON                1)   Mark Allen Chambers
     Not Present                            Not Present

_____

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

  This action has been assigned to the calendar of Judge Dean D. Pregerson.

  Counsel are encouraged to review the Central Districts website for additional information.  The address is http://www.cacd.uscourts.gov.

  The Court hears criminal motions only on Mondays at 3:00 p.m.


  **Notice** from the Official Court Electronic Document Filing System: ATTENTION ECF ATTORNEYS - Chambers Email Addresses are available under your Utilities Menu.

                                                                    :   N/A
                                              Initials of Deputy Clerk   JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1