FEB 2 2 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

P-Send

60109-112

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. (55) James Ray Houston DEFENDANT. | CASE NUMBER CR 07-134-DDP-2 ABSTRACT OF COURT PROCEEDING |
|---|---|

**TO: UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable __Paul L. Abrams__,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith         ☐ as soon as possible        ☐ as requested, at suitable times

☐ Allowed social visits       ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for _____
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

Dated: 1/12/11

CLERK U.S. DISTRICT COURT
By: C. Howa
Deputy Clerk

---

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on __1/18/2011__

☒ The aforementioned order(s) were or will be complied with on: __1/19/2011__

☐ The aforementioned order(s) were not complied with for the following reasons: _____

D. Shinn          Associate Warden
Name (Print)         Title               Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)              ABSTRACT OF COURT PROCEEDING
                                GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-830/59179