UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-00134 DDP                                                           Dated: March 1, 2011

================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Robert Dugdale |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1) JAMES RAY HOUSTON<br>    Not Present | 1) Mark Allen Chambers<br>    Not Present |

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that a HEARING RE: CHANGE OF PLEA is hereby set for March 4, 2011 at 11:35 a.m.

**cc:   P. O.**
       **P. S. A. L. A.**

                                                                                      :   N/A
                                                           Initials of Deputy Clerk   JAC

CR-11 (09/98)                        **CRIMINAL MINUTES - GENERAL**                        Page 1 of 1