UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-00134 DDP                                              Dated: May 11, 2011

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Robert Dugdale |
|---|---|---|
| Courtroom Deputy | Court Reporter | Dorothy Kim |
| | | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)                Attorneys for Defendants

2)   JAMES RAY HOUSTON              2)   Mark Allen Chambers
     Not Present                             Not Present

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

At the request of counsel, the SENTENCING is hereby continued from June 13, 2011 to August 1, 2011 at 1:30 p.m.

**cc:  P. O. &  P. S. A. L. A.**

                                                                :    N/A
                                              Initials of Deputy Clerk      JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1