Dear Honorable Dean D. Pregerson,

I know you have been a Judge for many years, able to discern and judge rightly in complicated matters. For that reason I'm very cheerful my Father's life is in your court. It encourages me greatly to read of your work limiting the power of government and upholding human rights for prisoners.

I love my father very much and encourage him to be strong. It is difficult to encourage him when his body is failing him and he is unsure how much time he has left in life. We have a home and warm family for him to come home to in Kansas City. My Father always writes about the grandkids and how much he loves them. Every picture and story of their little lives gives him hope for the future. He has wonderful grandkids and a family that wants very much to spend time with him before his health fails. His life has not been perfect and he has made mistakes. He voluntarily and humbly offers himself to the court for your mercy. The complexity of the case is long on details, which can try the patience of even the most dedicated Judge, But I assure you there is a deeper story that is worthy of your mercy.

Sincerely,

Gabriel Vleisides