UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HONORABLE DEAN D. PREGERSON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES RAY HOUSTON (02),<br><br>    Defendant. | CASE NO. CR-07-134-DDP-02<br><br>**CERTIFICATE OF SERVICE BY ECF AND FIRST CLASS MAIL, POSTAGE PREPAID** |

I, Mark A. Chambers, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 14241 E. Firestone Blvd., Suite 400, La Mirada, Los Angeles, County, California.

I hereby caused service of:

(1) DEFENDANT JAMES RAY HOUSTON'S POSITION RE: SENTENCING

on the following parties by Electronically filing the foregoing with the Clerk of the Central District Court using its ECF System, which electronically notifies them:

(1) Daniel A. Saunders, Assistant United States Attorney;

VIA FIRST CLASS MAIL, POSTAGE PREPAID:

(2)  Lori Pascover, United States Probation Officer, 600 U.S. Courthouse, 312 N. Spring Street, Los Angeles, CA 90012-4708.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 12, 2011.

/s/ Mark A. Chambers_____

1

USA vs. Vleisides, et al.
Case No. CR-07-134-DDP-02