ANDRÉ BIROTTE JR
United States Attorney
ROBERT E. DUGDALE (California State Bar No. 167258)
Assistant United States Attorney
Chief, Criminal Division
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4685
    Facsimile:  (213) 894-3713
    e-mail:    robert.dugdale@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-134-DDP |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE |
| v. | ) |
| JAMES RAY HOUSTON, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that Assistant United States Attorney Robert E. Dugdale (at the address, phone number, fax number, and e-mail address provided above) has been assigned to appear in this case on behalf of the United States of America.

DATED: July 29, 2011          Respectfully submitted,

                                      ROBERT E. DUGDALE
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      Attorney for Plaintiff
                                      United States of America