ANDRÉ BIROTTE JR
United States Attorney
ROBERT E. DUGDALE (California State Bar No. 167258)
Assistant United States Attorney
Chief, Criminal Division
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4685
    Facsimile:  (213) 894-3713
    e-mail:    robert.dugdale@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-134-DDP |
|---|---|
| Plaintiff, | ) |
| | ) VICTIM IMPACT LETTERS RECEIVED BY |
| v. | ) THE GOVERNMENT IN SUPPORT OF THE |
| | ) GOVERNMENT'S SENTENCING POSITION |
| JAMES RAY HOUSTON, | ) REGARDING THE SENTENCING OF |
| | ) DEFENDANT JAMES RAY HOUSTON |
| Defendant. | ) |
| | ) Sentencing date:  8/1/11 |
| | ) Time:            1:30 p.m. |
| | |
| | [Courtroom of the Honorable Dean D. Pregerson] |

Case 2:07-cr-00134-DDP   Document 220   Filed 07/29/11   Page 2 of 10   Page ID #:1186

In further support of the government's sentencing position in this matter, the government respectfully requests that this Court consider the attached submissions recently provided to the government by several of the tens of thousands of people victimized by defendant James Ray Houston's fraudulent activity, as well as a memorandum of an interview of one of defendant Houston's elderly victims that was conducted near the time when defendant Houston's fraudulent activity was uncovered by law enforcement.

DATED: July 29, 2011

Respectfully submitted,

/s/ R. Dugdale
_____
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**Delaney, Shari M**

To: 'Delaney, Shari M'
Subject: FW: Victim Impact Statement

From: Anthony Santoro
Sent: Wednesday, July 27, 2011 5:41 PM
To: Delaney, Shari M
Subject: Re: Victim Impact Statement

Dear MS Delaney, in answer to your request, yes my father John Santoro played the bogus foreign lottery for many years. I tried for a long time to get him to stop and explained to him that his scant fixed income would be better saved or given to his beloved grandchildren than wasted on such a futile endeavor as the LOTTO. He was trying hard to win so that he could buy a house for each of his grand children or put them through college. I would get him groceries or clothing that he would not have quite enough left for after spending wasted funds on the Lottery. He was wrongfully sold on the authenticity of such Lottery. I'm so glad you have caught the ring of thieves that have taken so much money and led people to try to win a dream that would never come true. I hope they get a long sentence for their cruel intentions. My father had several senior citizen friends that played the bogus lottery as well. Good luck and may justice be well served. Anthony Santoro 2100 valderas dr. #g Glendale Ca. My father is deceased.

7/28/2011

To whom it may concern,

    In behalf of my parents Priscillano Rubia and Mercedes Rubia (deceased), we would like to praised the US Postal Inspector, Los Angeles Division for finally tracking down the "parasites" who prey on the "Senior Citizens" regarding this so called "foreign lottery companies".

    My father at the moment is sick with Alzheimers and other medical complications. But, I know deep in my heart that he would be happy to know that all the years I have talked to him about this "foreign lottery" is finally revealved as a "scam".

    Thru the eyes of my father, he never thought of it as a "scam" because it gave "HOPE" or some kind of assurance that he might be a "millionaire" anytime soon. I know for a fact that he played the so called "foreign lottery" for at least 20 years. My brothers and I would tell him that they are just taking your money for free. If you did win the "lottery" why are they asking you money in return.

For over 20 years, my father mentally, financially, and psychology was probably affected because of the loss of a lot of money. But, because of how they set up the intricate paperwork looking like a valid document, he always thought of it as something legitimate and that the hope of winning entices you to play. How cruel of this people to used that emotion and abused the elderly. I hope the mastermind (James Ray Houston) of this scheme should be punish to the extent of the law.

I thank, Shari Delaney ,U. S. Postal Inspector,Los Angeles Division, for informing us. May this small amount of words give justice to those who were not capable of. Thank you.


Sincerely yours,

Ramon Rubia for Priscillano and Mercedes Rubia (deceased) (POA)

Robert Rodriguez
Dona Rodriguez


July 28, 2011

Sherri Delaney
Postal Inspector
Los Angeles Division

Federal Courts
Los Angeles, Ca

Dear Sirs,

    Upon finding out that I was sending my hard earned money to people that was committing fraud I was appalled.

    While you're spending our money, we the victims are thinking that they were buying lottery tickets to maybe one day have a better life not having to struggle from pay check to pay check for the rest of their life.

    While the whole time you are living the lifestyle that one could only hope for and living this lifestyle on other people's money. I hope you have a long time to think about what you have done to your victim.

    I hope the judge in this case will see what a menace to society you are and what a scumbag you really are. I hope you have a long time to think about all the people you hurt while you are setting in your jail cell.

Freedom as you know it is now over the only thing you will have left is the memories of all the good times you had, so think about that and tell yourself was it worth hurting all these people.

I will write letters to the courts every time you are up for parole asking them not to let you out of jail.

You have seen the last of the good times as you remember now your only worry is whose bitch you're going to be in prison.

You're walked with the devil now you have to answer to God for his forgiveness, because if it was up to me I would never forgive you and anyone else that worked with you or for you.

I would like the thank Shari Delaney and the legal system for all their time and effort spent on case and protecting the victims.

Sincerely,

*Dona Rodriguez*

Dona Rodriguez

Shari Delaney
U.S. Postal Inspector

Ref: Zealoustine Graham

My sister Zealoustine was a victim of this scam. Over several years she wrote checks to several different companies. She was an older woman who went to her grave hoping she would win the lotto, that's how she understood what the money was for.

It's my hope the person or persons responsible will be put away for a very, very long time. It is not right that they can swindle people that way and not pay a heavy price.

Thank you for catching them.

Sincerely,

Blanche L. Graham (her sister)

## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | [redacted] |
| PERSON INTERVIEWED | : | Lucille Giles |
| PLACE OF INTERVIEW | : | [redacted] |
| DATE OF INTERVIEW | : | February 6, 2007 |
| TIME OF INTERVIEW | : | Approximately 12:47 p.m. |
| INTERVIEWED BY | : | Shari M. Delaney, Postal Inspector |

This Memorandum of Interview is based upon agent's notes taken during the interview and the agent's recollection of what transpired. Lucille Giles, age 85, was interviewed regarding her check for $29 written on February 14, 2002 to World Expert Fund and any related information she may have regarding associated foreign lotteries.

Ms. Giles stated she has worked as a housekeeper all her life, even when she lived on the west coast. She said she began sending money at the time she was living at [redacted]. She added her husband was a pastor at the time. She provided her telephone number, [redacted].

Lucille Giles said she received in the mail a letter which included a testimonial about a lady who won money and was planning to use the money to buy a horse. She said the very first letter she received had a picture of a brick of gold. She said that picture and the testimonial helped convince her the program offered was real. She said she enjoyed hearing about other people's winnings.

Lucille Giles immediately recognized the company name, World Expert Fund, as one to which she used to send money on a monthly basis. She said she paid the foreign lottery bill every month, as she likes to always pay her bills on time. She said she sent $29 to them for each payment. She said she would purchase money orders at the Top Value store close by as they only cost 25 cents there.

Ms. Giles said she has, over the years, saved several of the various solicitations and provided numerous envelopes and their contents. When asked if she ever participated in the pension program offered, she stated she has been paying the extra portion for years. She said she carries the first trust account passbook she received from the program with her all the time. She went over to her purse and provided an Old Amsterdam Gold Reserve Mutual Pension Pool booklet dated 4/1/94. She said she wanted to have part of the program with her; just in case something happened to her.

Lucille Giles said she was very surprised to learn the program was a fraud. She pointed out the round seal and said the pension pool was "backed by gold reserves". She said

receiving the passbook made the promotion seem real and authentic. She said she thinks the passbook was mailed to her from the Netherlands. She had a difficult time believing it was all a fraud. She stated they even asked for a beneficiary to be named. She said she could not remember who she listed the first time, however she said she named her daughter the second time.

Ms. Giles was asked if she was familiar with various company names. She said she recalled receiving letters from The Shamrock Agency. She said she has heard of The Euro Fund and stated, "Oh, that's over in the Netherlands. I got mail from them all the time." She said she thinks she has heard of German Swiss Company, but she has not heard of European Union Commission or the North American Foreign Payment Service.

Lucille Giles said she never played Great 8 but recalled receiving the Irish Sweepstakes. She said she has heard of El Gordo but was not sure if she had played it. She also recalled reading several Bunderschmidt letters but does not believe she participated in them. She stated she received so many similar letters in the mail all the time that it was hard to remember them all. She said she was selective and did not play or participate in all the offers sent to her.

Lucille Giles stated she was the type of person who did not like to waste money. She said she believed the money she spent on these programs was going into a pool and, eventually, towards her future. She stated she kept making payments and believed one day they would tell her she was a winner.

Ms. Giles said she has never heard of Laissez Faire City. She said she does not know anyone else who has played these lotteries. She said she kind of kept it a secret. She said she thought her kids would want her money if they knew she was making monthly payments.

Lucille Giles said she never won anything. She said she never would have played the lotteries if she had known it was going to someone's personal use. She had no idea how much money she has spent playing the various lotteries but estimated she spent at least $1,500 over a five year period on World Expert Fund.

Lucille Giles said the return address of "The Gold Reserve" also made the entire pension promotion seem legitimate. She said she never paid attention to the stamps used on the envelopes, however she did notice she had to use more stamps on the envelopes she mailed than were used on the mailing she received. She also said she noted the postmarks from Missouri, Arkansas, and Kansas. She always thought the mail went via plane to and from the Netherlands but was processed along the way in some large mail facility in the Midwest. She added the questions and answers on the solicitations also added to the believability of the promotion.

Ms. Giles said several times over the years the promotions and / or money was recovered and returned to her. She said she did not understand why her money was returned to her. She did not understand why the Post Office box would have been closed. She said she always wondered why they did not give her some winnings instead. She said she regularly received in the mail statements showing how much money she had vested in the program and provided several of the statements as proof.

CERTIFICATE OF SERVICE BY HAND

I, **MONICA MORALES-GUZMAN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the bar of the United States District Court for the Central District of California, at whose direction the service by hand described in this Certificate was made; that on **July 29, 2011,** I hand delivered, in the above-entitled action, a copy of: **VICTIM IMPACT LETTERS RECEIVED BY THE GOVERNMENT IN SUPPORT OF THE GOVERNMENT'S SENTENCING POSITION REGARDING THE SENTENCING OF DEFENDANT JAMES RAY HOUSTON.**

addressed to:   LAURIE PASCOVER, USPO  (VIA INTER-OFFICE MAIL)
                600 U.S. COURTHOUSE
                312 N. SPRING STREET
                LOS ANGELES, CA 90012-4708

This Certificate is executed on **July 29, 2011,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

MONICA MORALES-GUZMAN