ANDRÉ BIROTTE JR
United States Attorney
ROBERT E. DUGDALE (California State Bar No. 167258)
Assistant United States Attorney
Chief, Criminal Division
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4685
Facsimile: (213) 894-3713
e-mail: robert.dugdale@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RAY HOUSTON,<br><br>Defendant. | No. CR 07-134-DDP<br><br>ADDITIONAL VICTIM IMPACT LETTERS RECEIVED BY THE GOVERNMENT IN SUPPORT OF THE GOVERNMENT'S SENTENCING POSITION REGARDING THE SENTENCING OF DEFENDANT JAMES RAY HOUSTON<br><br>Sentencing date: 8/1/11<br>Time: 1:30 p.m.<br><br>[Courtroom of the Honorable Dean D. Pregerson] |

In further support of the government's sentencing position in this matter, the government respectfully requests that this Court consider the attached, additional victim submissions recently provided to the government by several of the tens of thousands of people victimized by defendant James Ray Houston's fraudulent activity.

DATED: August 1, 2011

Respectfully submitted,

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**Dugdale, Robert (USACAC)**

| | |
|---|---|
| **From:** | Delaney, Shari M [ ] |
| **Sent:** | Monday, August 01, 2011 8:32 AM |
| **To:** | Dugdale, Robert (USACAC) |
| **Subject:** | Fw: Sentencing for Docket #09-CR-1004 Mr. Houston |

---

**From**: Kathy Hughes [ ]
**Sent**: Monday, August 01, 2011 10:30 AM
**To**: Delaney, Shari M
**Subject**: Sentencing for Docket #09-CR-1004 Mr. Houston

Ms. Delaney,

My mother, June G. Hughes, asked that I write to you regarding sentencing of Mr. Houston today.It is our understanding the Mr. Houston's scheme resulted in the loss of $20 Million dollars from many victims including my father, Joseph Hughes of Lindenwold, NJ.

Towards the end of his life my father was confined to his wheelchair or bed while suffering from a wide range of illnesses and finally succumbing to a brain tumor after Christmas 2004. One of the few things that he enjoyed, since he couldn't participate in anything active, was playing the lottery in NJ and entering some foreign lotteries. He spent a fair amount of his entertainment money doing this but at least he had a chance of winning the local lottery. To blatantly rip people off of so much money when all they want is a little hope of winning something big is despicable. My mother feels like Mr. Houston stole her inheritence and feels that he should be punished appropriately. I'm sure that he managed to squander the $20Million that he stole but if there's anything left it should all be taken from him and his heirs immediately.

I want to also commend the USPS on taking these claims seriously and prosecuting where others may not step in.

Thank you for your service.

Best,

Kathy Hughes Langfield

On Behalf of:

June G. Hughes

3 pages Fax # [redacted] 7/29/2011

To Whom It May Concern:

I received the faxed letter that I am sending to you today 7/29/2011 @ 5 pm when I got home from work. Sorry about ~~that~~ but I do want to say to you all that I have sent monies to Mr. James Ray Houston, to all of the various lottery companies which you have mentioned per his request.

I have without a doubt at all in my mind, mailed in excess of $400,000.00. I am still getting scam letters in the mail today.

Because of his scheme, I have filed bankruptcy and at 86 yrs of age, really do not know where the monies I need to live on will come from.

Thanks for sending me the notice even though it probably is too late. I am sorry about ~~that~~ also

Sincerely:
Preston Powell

Mr. Preston Powell
[redacted]

**Dugdale, Robert (USACAC)**

**From:** Delaney, Shari M [[redacted]v]
**Sent:** Saturday, July 30, 2011 5:08 PM
**To:** Dugdale, Robert (USACAC)
**Subject:** Fw:

---

**From:** steve kowalik [[redacted]n]
**Sent:** Saturday, July 30, 2011 04:35 PM
**To:** Delaney, Shari M; r[redacted] <[redacted]>
**Subject:**

**Dear Ms. Delaney,**

**I wish the following statement to be presented in court when James Ray Houston is sentenced on August 1, 2011.**

**My father, Stanley J. Kowalik (now deceased) sent enormous sums of money to the various lottery companies that Houston controlled. Actually, Dad had begun to spend money from the household accounts to do this. This impacted on my parents lifestyle.**

**The literature sent by Houston and associates looked legitamate and was almost a perfect scam.**

**My father died last year at 86, worked hard his whole life as a marine engineer, was a WWII veteran submariner and a great Dad.**

**It was a damn sham for him to have been taken advantage like this.**

**Steve Kowalik (Son)**
[redacted]



August 31, 2011

Ms. Shari Delaney
US. Postal Inspector
Los Angeles Division

Dear Ms. Delaney:

We received your letter concerning the sentencing of James Ray Houston on Monday, August 1, 2011. Unfortunately, it arrived on Saturday, July 30. I am hopeful that you will receive this statement in time for it to be included in of sentencing of Mr. Houston

My husband, Barnette R. Holston, Sr. (B.R. Holston) who resided at the above address was a victim of this fraud by James Ray Houston for many years. My husband subscribed to the lottery system as well as the pension system sponsored by James Ray Houston for many years in the name of B.R. Holston or Jars, Inc. It caused quite a bit of friction in our family. It was not until 2011 that I realized that he had a tremendous credit card debt that I was unaware of. In 2009 he contracted Dementia (Alzheimer's Disease). As I continue to sort out his bills and statements, and after receiving your letter, I immediately checked his files and realized that a lot of his credit had been paid to Euro American, Old Amsterdam, and Processing Center, The Netherlands, Australia and other lottery sites. He never won anything other than small amounts (20.00) that he was told would be contributed toward his next purchase of another lottery ticket, which would probably be a winning number. Also, he began to contribute to the Old Amsterdam Pension Fund thinking that this fund would help him in his retirement. Nothing was really realized and the family debts became greater.

Several telephone calls were made to our home and the persons were told not to call again. However, these continued until he stopped purchasing tickets. I do not know what happened to the pension plan. I am including a sample copy of his purchase and purchase forms.

My husband is now residing in an Assisted Living Facility and the cost of this facility is tremendous. Because of his participation in this scheme, it has caused a tremendous financial burden on the family. I sincerely hope that James Ray Houston would be given his due sentence for his fraudulent act, which caused personal financial disruption, by giving my husband hope and starting scheming

Sincerely,
Helen H. Holston
Helen H. Holston

CERTIFICATE OF SERVICE BY HAND

I, **MONICA MORALES-GUZMAN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the bar of the United States District Court for the Central District of California, at whose direction the service by hand described in this Certificate was made; that on **August 1, 2011,** I hand delivered, in the above-entitled action, a copy of: **ADDITIONAL VICTIM IMPACT LETTERS RECEIVED BY THE GOVERNMENT IN SUPPORT OF THE GOVERNMENT'S SENTENCING POSITION REGARDING THE SENTENCING OF DEFENDANT JAMES RAY HOUSTON.**

addressed to: **LAURIE PASCOVER, USPO (VIA INTER-OFFICE MAIL)**
**600 U.S. COURTHOUSE**
**312 N. SPRING STREET**
**LOS ANGELES, CA 90012-4708**

This Certificate is executed on **August 1, 2011,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

MONICA MORALES-GUZMAN